# **APPENDIX C**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS and AL AND PO CORPORATION, on behalf of plaintiffs and the class members defined herein, | ) ) ) | |
| | ) | 14 C 501 |
| Plaintiffs, | ) | *Consolidated with* |
| | ) | 14 C 2177 |
| v. | ) | |
| | ) | Magistrate Judge Gilbert |
| PREMIER HEALTHCARE EXCHANGE WEST, INC., doing business as PHX, | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT OF JOSEPH J. SIPRUT**

I, Joseph J. Siprut, declare:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am admitted to practice in the State of Illinois and in the United States District Court for the Northern District of Illinois, and other federal district courts. I am one of the attorneys for Plaintiff AL and PO and co-lead counsel for the Settlement Class herein. I make this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. If called as a witness, I would and could testify to the following:

3. I am the managing partner of the law firm of Siprut PC (herein "Siprut PC" or "Class Counsel"). I have personally been involved in the entirety of the prosecution of this class action lawsuit (the "Action").

4. The operative complaint in the Action alleges that Defendant Premier Healthcare Exchange West, Inc. ("PHX West") sent or had sent on their behalves facsimile advertisements

with deficient opt-out notices *en masse* to unwilling recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and other state laws.

5. Plaintiff AL and PO filed its original complaint on March 27, 2014. The case was captioned *AL and PO Corporation v. Premier Healthcare Exchange, Inc.*, assigned case number 14-cv-2177 and to The Honorable Judge Kendall. (*See* Case No. 14-cv-2177, Docket No. 1.)

6. On April 16, 2014, Judge Der-Yeghiayan consolidated Plaintiffs' respective actions for all purposes. (*See* 14-cv-501, Docket No. 30.)

7. On May 14, 2014, Plaintiffs filed their consolidated amended complaint against PHX West and several unknown defendants.[1] Plaintiffs' allegations did not include violations of various common law claims. (*Id.*, Docket No. 31.)

8. That same day, Plaintiffs also filed a motion for class certification and a motion for appointment of interim co-lead counsel. (*Id.*, Docket Nos. 32, 35.)

9. At the hearing on May 28, 2014, Judge Der-Yeghiayan granted leave for Plaintiffs to file a second amended complaint and corresponding motion for class certification. (*Id.*, Docket No. 38.) Accordingly, Plaintiffs' pending motion for class certification was stricken as moot. (*Id.*) In addition, Judge Der-Yeghiayan granted Plaintiffs' motion for appointment of interim co-lead counsel. (*Id.*)

10. On May 29, 2014, Plaintiffs filed the operative second consolidated amended complaint and corresponding motion for class certification. (Docket No. 39.)

11. On June 12, 2014, the Parties jointly consented to proceed before Magistrate Judge Gilbert, and Plaintiffs dismissed the unknown Doe defendants. (Docket Nos. 43, 44.)

---

[1] Plaintiffs originally named PHX West's parent company, Premier Healthcare Exchange, Inc. However, after the Parties informally exchanged information, Plaintiffs concluded that PHX West was the correct name of the defendant.

12. During the July 17, 2014 status hearing, Judge Gilbert scheduled a settlement conference for September 19, 2014. (Docket No. 47.) The Court also set a discovery schedule in accordance with the proposed dates in the Parties' previously submitted status report. (*Id.*)

13. On July 23, 2014, the Parties filed a stipulation regarding the Plaintiffs' pending motion for class certification whereby they agreed that the motion may be dismissed without the Plaintiffs' claims being subjected to an involuntary resolution via a formal or informal offer of judgment. (Docket No. 51.)

14. On August 26, 2014, the Parties reported that additional discovery was necessary for a productive settlement conference. (Docket No. 54.) Accordingly, the Court struck the settlement conference set for September 29. (*Id.*)

15. On September 2, 2014, Plaintiffs issued a subpoena to Scrypt, Inc., the third party broadcaster of PHX West's faxes.

16. Pursuant to a confidentiality order entered on September 18, 2014, the Parties and Scrypt, Inc. informally exchanged information between September and November for the purpose of exploring a resolution of the cases. (*See* Docket No. 53.)

17. In October, 2014, the Parties held an informal settlement conference at Sheppard Mullin Richter & Hampton LLP, 70 West Madison Street, 48th Floor, Chicago, IL 60602. Over the course of several hours, the Parties exchanged positions on the merits of their claims and defenses and the framework of a potential settlement. (*Id.*)

18. At the November 3, 2014 status hearing, the Parties informed Judge Gilbert that they held a settlement conference amongst themselves, and requested the Court's assistance in resolving the case. (Docket No. 62.) The Court directed the Parties to exchange written

statements in accordance with the Court's standing orders. The Court set a settlement conference for November 24, 2014. (*Id.*)

19. The Parties exchanged their settlement position statements.

20. On November 24, 2014, the Parties engaged in an extensive, several hours-long settlement conference. With the assistance of the Court, the Parties reached an agreement in principle subject to a few contingencies. The contingencies were clarified on the record on December 3, 2014, and thus, after nearly four months of settlement discussions, the Parties reached an agreement.

21. After reaching agreement on the material terms of the class-wide settlement structure, the Parties then spent additional time exchanging drafts of a final, written settlement agreement. After many exchanges of drafts and edits, the Parties were finally able to agree to the form and content of a settlement agreement that has now been fully executed and attached hereto.

22. On January 6, 2015, the Parties entered into a stipulation for the filing of Plaintiffs' operative Complaint. (Docket No. 69.) Plaintiffs filed the Complaint on January 8, after the Court granted the Parties' stipulation. (Docket Nos. 70-71.)

23. Based on empirical data supplied by PHX West during the settlement negotiations, it was established that approximately 53,874 individuals or entities were sent faxes. However, PHX West asserted that 20,004 of these individuals or entities were members of health care networks to which PHX West had access during the Class Period. Accordingly, the Settlement Class consists of the remaining 33,870. The benefit obtained for the Settlement Class is $756,075, less the costs of settlement administration, Class Counsel's fees, and Plaintiffs' incentive awards.

24. I have substantial experience in complex business litigation and class actions. My Firm, Siprut PC, substantially concentrates its practice in the prosecution of class actions. My Firm's resume is attached as Exhibit A hereto.

25. Throughout this litigation, my Firm has diligently prosecuted this matter, dedicating substantial resources to the investigation and litigation of the claims at issue, and has successfully negotiated the settlement of this matter to the benefit of the proposed Class. Neither my firm nor the Plaintiffs have any interests antagonistic to the interests of the other Class members.

26. Plaintiffs and Class Counsel believe that the claims asserted against PHX West in this litigation have merit. However, Plaintiffs and Class Counsel recognize and acknowledge the expense and length of continued proceedings necessary to prosecute the litigation against PHX West through trial and appeals. Plaintiffs and Class Counsel have also taken into account the uncertainty and risk of any litigation, especially in complex actions such as this Action, as well as the difficulties and delays inherent in such litigation. This litigation involves complex class issues, which would involve protracted and risky litigation if not settled. Moreover, in the event of any judgment against PHX West, an appeal could postpone any recovery for several years.

27. Accordingly, Plaintiffs and Class Counsel believe that there is substantial benefit to the Class of receiving a cash award and an injunction from PHX West.

28. The Settlement Agreement, and the terms thereof, was reached after rigorous advocacy and extensive negotiations, in which I participated directly. Plaintiffs and Class Counsel believe that the terms set forth in the Settlement Agreement confer substantial benefits upon the proposed Class, and is a fair, reasonable, and adequate resolution of the Class' claims against PHX West. As such, the Settlement is entitled to a good-faith determination and I

-6-

respectfully submit that this Court should enter the proposed Preliminary Approval Order and, ultimately, the Final Order and Judgment, approving this proposed Settlement in all respects.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on January 12, 2015 at Chicago, Illinois.

*s/ Joseph J. Siprut*

4818-3235-7153, v. 1

# EXHIBIT A

## S<span style="font-variant:small-caps">IPRUT PC</span> F<span style="font-variant:small-caps">IRM</span> R<span style="font-variant:small-caps">ESUME</span>

Siprut PC is a commercial litigation firm based in Chicago, with additional offices in San Diego and Boston. The firm focuses its practice exclusively on litigation and pre-litigation counseling, encompassing a wide variety of areas and issues. The firm's primary practice groups broadly include plaintiffs' class action litigation (with an emphasis on consumer law issues) and complex business litigation, including particularly *qui tam* and whistleblower litigation; intellectual property and patent litigation; and professional malpractice litigation.

Siprut PC and its attorneys have repeatedly been appointed as lead counsel in federal and state class action lawsuits across the country, and have recovered hundreds of millions of dollars for its clients. The firm has been prominently featured in the mainstream media for its successes and advocacy on behalf of consumers nationwide, and our attorneys are frequently invited to speak at seminars on consumer protection and class action issues.

## CLASS ACTION AND CONSUMER LITIGATION

Siprut PC is an established leader in the class action arena. The firm has been recognized for its "high-stakes, high-profile cases against large defendants" (Chicago Daily Law Bulletin, September 2011). As federal courts have further recognized in appointing the firm and its attorneys as lead counsel in some of the most prominent class cases in the country, Siprut PC has "substantial class action experience [and has served] as lead counsel" in myriad class litigation. *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*, Case No. MDL 13-cv-9116 (N.D. Ill. July 29, 2014). The firm's recent settlements and leadership appointments include the following:

- *In re Southwest Airlines Voucher Litigation* (Case No. 11-cv-8176, N.D. Ill.): Appointed lead counsel in nationwide class action relating to Southwest's unilateral cancellation of drink vouchers paid for by business select travelers. Settlement valued up to $58 Million granted final approval.

- *In re Energizer Sunscreen Litigation*, (Case No. 13-cv-00131, N.D. Ill.): Appointed lead counsel in nationwide class action relating to defective sunscreen nozzles manufactured by Energizer. Settlement valued up to $200 Million granted final approval.

- *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation* (Case No. MDL 13-cv-9116, N.D. Ill.): Appointed co-lead counsel in consolidated MDL litigation against the NCAA on behalf of current and former collegiate athletes related to concussions and head injuries. Landmark settlement of $75 million submitted for preliminary approval.

- *Padilla v. DISH Network LLC* (Case No. 12-cv-07350, N.D. Ill.): Appointed lead counsel in nationwide class action relating to statutory violations of the Satellite Home Viewer Extension and Reauthorization Act of 2004 ("SHVERA"). Landmark settlement providing class-wide injunctive relief – the first class settlement under SHVERA ever – granted preliminary approval.

- *In re Zydus Unsolicited Fax Litigation* (Case No. 13-cv-03105, N.D. Ill): Appointed lead counsel in nationwide class action relating to unsolicited facsimile transmissions by Zydus, in violation of the Telephone Consumer Protection Act. Settlement valued up to $2.25 million granted preliminary approval.

- *In Re Prescription Pads TCPA Litigation* (Case No. 13-cv-06897, N.D. Ill): Appointed lead counsel in nationwide class action relating to unsolicited facsimile transmissions by Rx Security, in violation of the Telephone Consumer Protection Act. Settlement of $1 million granted preliminary approval.

- *Lim, et al. v. Vendini* (Case No. 14-cv-561, Cal. Sup Ct.): Appointed co-lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide. Settlement of $3 million granted final approval.

- *Windows Plus, Incorporated v. Door Control Services, Inc.* (Case No. 13-cv-07072, N.D. Ill): Appointed lead counsel in nationwide class action relating to unsolicited facsimile transmissions by Rx Security, in violation of the Telephone Consumer Protection Act. Settlement valued at $1 million granted preliminary approval.

- *Townsend v. Sterling* (Case No. 13-cv-3903, N.D. Ill): Appointed lead counsel in nationwide class action relating to violations of the Fair Credit Reporting Act in the employment context. Settlement granted final approval.

- *Foos v. Ann, Inc.* (Case No. 11-cv-02794-L-MDD, S.D. Cal.): Appointed lead counsel in class action on behalf of California consumers for violations of the Song-Beverly Act. Settlement valued at $2,323,500 granted final approval.

- *Lamb v. Bitech, Inc.* (Case No. 3:11-cv-05583-EDL, N.D. CA): Appointed lead counsel in class action on behalf of California consumers for violations of the Song-Beverly Act. Class-wide settlement on behalf of 30,000 California residents granted final approval.

- *Golba v. Dick's Sporting Goods, Inc.* (Case No. 30-2011-00472227, CA Superior Ct.): Appointed lead counsel in class action on behalf of California consumers for violations of the Song-Beverly Act. Settlement valued at $1,150,000 granted final approval.

- *Pietrantonio v. Ann Inc. d/b/a Ann Taylor, Inc.* (Case No. 13-cv-12721-RGS, D. Mass.): Appointed lead counsel in class action on behalf of Massachusetts consumers for violations of Massachusetts law prohibiting the collection of personal information. Settlement valued in excess of $2 million received final approval.

- *Christensen v. Sur La Table, Inc.* (Case No. 13-cv-11357-GAO, D. Mass.): Appointed lead counsel in class action on behalf of Massachusetts consumers for violations of Massachusetts law prohibiting the collection of personal information. Settlement received final approval.

- *Alberts v. TSA Stores, Inc.* (Case No. MICV2014-01491, Mass. Sup. Ct.): Appointed lead counsel in class action on behalf of Massachusetts consumers for violations of Massachusetts law prohibiting the collection of personal information. Settlement valued at $2 million received preliminary approval.

- *Moyer v. Michaels* (Case No. 14-cv-561, N.D. Ill.): Appointed co-lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide.

- *Illinois Nut & Candy Home of Fantasia Confections, LLC v. Grubhub, Inc.*: (Case No. 14-cv-00949, N.D. Ill): Appointed lead counsel in nationwide class action relating to unsolicited facsimile transmissions by Grubhub, in violation of the Telephone Consumer Protection Act.

- *Lewert v. P.F. Chang's China Bistro* (Case No. 14-cv-04787, N.D. Ill.): Appointed co-lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide.

- *Mednick v. Precor Inc.* (Case No. 14-cv-03624, N.D. Ill.): Appointed co-lead counsel in nationwide class action relating to false representations in the sale and marketing of Precor treadmills.

- *Dr. William P. Gress et al. v. Premier Healthcare Exchange West, Inc.* (Case No. 14-cv-501, N.D. Ill.): Appointed co-lead counsel in nationwide class action relating to unsolicited facsimile transmissions by Premier, in violation of the Telephone Consumer Protection Act.

- *John McNamara, et al. v. Samsung Telecommunications America, LLC, et al.* (Case No. 14-cv-1676, N.D. Ill.): Appointed co-lead interim counsel in nationwide class action alleging false representations in connection with the performance of the Samsung 4G phone.

- *Belville et al v. Ford Motor Company* (Case No. 13-cv-06529, W.D. Va.): Appointed to Plaintiffs' Steering Committee in consolidated class litigation against Ford related to sudden acceleration in Ford model vehicles.

- *In re Ventra Card Litigation* (Case No. 13-cv-07294, N.D. Ill.): Appointed co-lead interim counsel in class litigation related to the Chicago Transit Authority Ventra payment card system.

- *Banakus v. United Continental Holdings, et al.* (Case No. 12-cv-06244, N.D. Ill.): Appointed co-lead interim class counsel in a nationwide class action pertaining to United's unilateral, retroactive devaluation of the benefits earned by premier members.

- *In re Barnes & Noble Pin Pad Litigation* (Case No. 12-cv-8617, N.D. Ill.): Appointed co-lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide.

- *Goodman v. Casting360, LLC* (Case No. 12-cv-09851, N.D. Ill.): Appointed lead counsel in nationwide class action for violations of the federal Telephone Consumer Protection Act.

- *Kruse, et al. v. Citigroup, Inc*. (Case No. 11-cv-01003-AG-AN, C.D. CA): Appointed lead counsel in a nationwide class action against Citigroup for a massive data breach exposing the personal information of hundreds of thousands of consumers nationwide.

### BUSINESS AND COMMERCIAL LITIGATION

Siprut PC handles complex commercial and business litigation matters in Illinois and throughout the United States, including claims involving:

- Patent litigation
- Professional liability
- Breach of contract
- Partnership disputes
- Real estate and lease disputes
- Copyright litigation
- Business fraud
- Unfair trade practices
- Theft of trade secrets

### ATTORNEYS

**JOSEPH SIPRUT** is the founder and managing partner of Siprut PC. He was named a "Super Lawyer" in Illinois for Class Action Litigation, and holds an *AV Preeminent* rating by Martindale Hubble, the highest possible peer review rating. He has been called a "fearless game-changer in class actions" by the Chicago Daily Law Bulletin. Mr. Siprut was previously named one of the Top 40 attorneys in Illinois under the age of 40, and was also named one of the "Top 40 Under 40" in the country by the National Trial Lawyers Association. ALM Legal Leaders named Mr. Siprut one of "Chicago's Top Rated Lawyers of 2014." Mr. Siprut was also selected for membership in the Multi-Million Dollar Advocates forum, one of the most prestigious groups of trial lawyers in the United States. Membership is limited to attorneys who have won million and multi-million dollar verdicts and settlements, and fewer than 1% of U.S. lawyers are members.

Mr. Siprut has appeared in dozens of publications and television and radio broadcasts worldwide, including CBS Radio, NPR, ESPN, Bloomberg Law, Law360, the Chicago Tribune, and more. He has been deemed by the media as the "Friend of the Frequent Fliers" for his successful litigation crusades against the airline industry on behalf of airline customers, as well

Case: 1:14-cv-00501 Document #: 73-3 Filed: 01/12/15 Page 13 of 16 PageID #:562

as a "Leading Sports Reformer" for his advocacy to combat the problem of concussions and head injuries in college sports.

Mr. Siprut frequently speaks at national class action and consumer litigation seminars. He has substantial first-chair trial experience, and previously served as an Adjunct Professor at Northwestern University School of Law in the Trial Advocacy program. He is also a frequent author and speaker, having published over 25 articles in the nation's leading law reviews and legal journals on topics including the right of privacy, copyright litigation, and contract doctrine, as well as litigation strategy and tactics. He was appointed as a member of the Illinois ARDC Hearing Board, and is also a member of the Advisory Board for the Fair Contracts Project, an initiative focused on counteracting the implications of fine print in standard form consumer contracts.

Mr. Siprut is a graduate of Northwestern University School of Law, where he served as the Managing Editor of the Northwestern Law Review and was selected to represent Northwestern in national competition as a member of its National Moot Court team. He was also awarded the Institute for Humane Studies Fellowship, a national fellowship competition for law and graduate study.

Prior to founding Siprut PC, Mr. Siprut spent his career practicing at some of the top corporate litigation firms in the country. Mr. Siprut has been recognized by the Law in Public Service Committee of the ABA for his dedication to pro bono work. He is admitted to practice in Illinois, the United States District Court for the Northern District of Illinois (including its Trial Bar), the Seventh Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. For over five years, Mr. Siprut served as an arbitrator in the Cook County Arbitration Program.

*   *   *

**RICHARD L. MILLER II** is Of Counsel to Siprut PC. Richard was previously a partner at Novack and Macey LLP, where he specialized in commercial litigation. While there, Richard advised clients and litigated disputes involving real estate, insurance coverage, creditors' rights, products liability, licenses, trademark, employment contract and corporate veil piercing claims, among others.

Richard is an Adjunct Professor at Northwestern University School of Law where he has served as a Trial Advocacy instructor since 2005 and Advanced Trial Advocacy instructor since 2013. He has been an American Arbitration Association arbitrator since 2010 and, prior to that, was an arbitrator for the Cook County Mandatory Arbitration Program for two years.

Richard served as a prosecutor for Champaign County, Illinois for two years. He litigated approximately 50 jury trials, as well as innumerable bench trials. He prosecuted four murder cases, two of which went to trial, resulting in sentences of 45 and 55 years.

Richard was named one of the "40 Illinois Attorneys Under 40 To Watch" by the Law Bulletin Publishing Company, publishers of the Chicago Lawyer and Chicago Daily Law

Bulletin. Chicago Magazine has repeatedly recognized Richard as a "Super Lawyer," "Rising Star" and one of the Top Young Commercial Litigation Attorneys in Illinois.

Richard has published articles appearing in the Illinois Bar Journal on Expert Testimony, Emergency Temporary Restraining Orders, The Wage Payment Act, and Spoliation Claims. He has also served as an author for the Illinois Institute of Continuing Legal Education (IICLE) for many years, authoring guides for practitioners on: Pleading Under the Federal Rules, Federal Motion Practice, Preparing for Trial, and Preserving the Record During Trial. Richard has lectured at webinars for ICLE on Motion Practice, Negotiating Settlements and Cross Examinations.

Richard is a member of the Illinois State Bar Association, the American Bar Association, the Chicago Bar Association and the University Club of Chicago. He currently serves as the President of the University of Illinois Law Alumni Board.

\* \* \*

**MICHAEL L. SILVERMAN** is an attorney at Siprut PC. His practice is focused on complex and commercial litigation, with an emphasis on class action litigation involving antitrust, consumer protection, and contract law. Mr. Silverman has extensive experience in electronic discovery matters including electronic document preservation, spoliation, production, and computer forensics. His efforts have assisted in the recovery of hundreds of millions of dollars for the class members he has represented.

Mr. Silverman received his Bachelors of Business Administration from the University of Wisconsin-Madison School of Business, where he concentrated his studies in Finance, Investments, and Banking. Mr. Silverman graduated *Cum Laude* from DePaul University College of Law, receiving his Juris Doctor degree in 2008. While in law school, Mr. Silverman served as an Editor for the Journal of Contemporary Moral Issues as well as a Legal Writing Teaching Assistant for first-year law students. He is admitted to the Illinois State Bar and United States District Court, Northern District of Illinois.

\* \* \*

**GREGG BARBAKOFF** is an attorney at Siprut PC. His practice encompasses a wide spectrum of litigation with an emphasis on commercial litigation and consumer class actions. Gregg serves on the Board of Directors for the American Constitution Society, a progressive legal organization dedicated to the core Constitutional values of civil liberties, open access to justice, and the rule of law.

Gregg is a graduate of the Chicago-Kent College of Law, where he served as an editor of the Seventh Circuit Review, in which he was also published. During law school, he was selected as a Member of the Chicago-Kent Moot Court Honor Society, where he won the award for Best Overall Oralist at the Appellate Lawyers Association Moot Court Competition. Gregg was selected for the Class of 1976 Honors Scholarship while attending Chicago-Kent. Gregg graduated from Chicago-Kent *magna cum laude*, and was recently inducted into the Order of the Coif. Gregg is admitted to practice in Illinois and in the United States District Court for the Northern District of Illinois.

\* \* \*

**MATTHEW SAVIN** is an attorney at Siprut PC. His practice includes a broad range of civil litigation, with an emphasis on commercial litigation and consumer class actions. Matthew graduated with honors from Chicago-Kent College of Law, where he served as staff editor for the Seventh Circuit Review and received the Baum Fellowship for his work in public interest law. Matthew is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.

\* \* \*

**GREG JONES** is an attorney at Siprut PC. His practice focuses on business litigation, with an emphasis on business torts and consumer fraud issues. Greg is a graduate of Northwestern University and Loyola University Chicago School of Law. At Loyola, Greg served as a Copy Editor and Symposium Editor for the Consumer Law Review. In addition, Greg was a fellow with the Institute for Consumer Antitrust Studies and served a legal internship with Magistrate Judge Michael Mason in the Northern District of Illinois.

\* \* \*

**ISMAEL SALAM** is an attorney at Siprut PC. His practice is focused principally on class action litigation, with an emphasis on consumer protection, data privacy and technology issues, and litigation under the Telephone Consumer Protection Act. Ismael is a graduate of Loyola University Chicago School of Law, where he served as Managing Editor of the Public Interest Law Reporter, in which he is also published. He also served as a junior member of the Loyola Law Journal, the law school's main publication. During law school, he was selected as a Student Fellow for Loyola's Institute for Consumer Antitrust Studies, where he drafted papers on price-fixing. He was also awarded the CALI for the highest grade in his Law and Economics course.

Prior to Siprut PC, Ismael interned with the U.S. Army Judicial Advocate General's Corps at Fort Carson, Colorado, U.S. Attorney's Office for the Northern District of Illinois, U.S. Court of Appeals for the Seventh Circuit, and U.S. District Court for the Northern District of Illinois.

\* \* \*

**BRANDON CAVANAUGH** is an attorney at Siprut PC. His practice includes a wide variety of complex civil litigation, with an emphasis on consumer class action prosecution. He graduated from Loyola-Chicago's School of Law where he was a fellow with the Institute for Consumer Antitrust Studies and an editor for Loyola's Consumer Law Review. During law school, Brandon also served as an extern to the Honorable Joan Humphrey Lefkow of the Northern District Court of Illinois, and earned a CALI Award in Advanced Business Organizations.

\* \* \*

**TODD C. ATKINS** is Of Counsel at Siprut PC, and heads the Firm's California office. His litigation practice encompasses class actions, real estate and securities matters – representing

-8-

both brokers and plaintiffs. Todd is also a trained and experienced mediator, and received his certification from the National Conflict Resolution Center.

Todd is a graduate of the University of San Diego, School of Law. He is admitted to practice in California, the District of Columbia, and the United States District Court for the Southern District of California, and is also a licensed real estate broker

\* \* \*

**ALEXANDER SHAPOVAL** is Of Counsel at Siprut PC, and heads the Firm's Boston office. His practice encompasses all manner of civil litigation, including class actions and personal injury litigation. Alexander is an experienced trial lawyer, with substantial first-chair jury trial experience.

Alexander is a graduate of the Massachusetts School of Law. He is admitted to practice in Massachusetts and the United States District Court for the District of Massachusetts.

4821-5129-8057, v. 1