IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS and AL AND PO CORPORATION, on behalf of plaintiffs and the class members defined herein, | ) ) ) ) | |
| Plaintiffs, | ) ) | 14-cv-501 *Consolidated with* |
| v. | ) ) | 14-cv-2177 |
| PREMIER HEALTHCARE EXCHANGE WEST, INC., a New Jersey Corporation, | ) ) ) | Magistrate Judge Gilbert |
| Defendant. | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF FINAL ACCOUNTING**

Plaintiffs Dr. William P. Gress and AL and PO Corporation (collectively, "Plaintiffs") respectfully submit this memorandum in support of final accounting of the class action settlement with defendant Premier Healthcare Exchange West, Inc. ("Defendant").

On September 10, 2015, the Court entered an order granting final approval to the parties' class action settlement agreement. *(Dkt. No. 94)*

Phil Cooper attests to the fact that Kurtzman Carson Consultants LLC ("KCC") received $756,075.00 representing the Settlement Fund and deposited into the *Gress v. Premier Healthcare Exchange West, Inc. Settlement Fund*. (*Dkt. No. 98*) KCC made the following payments from the Settlement Fund: payment in the amount $34,500.00 to KCC representing notice and administrative expenses; and payment in the amount of $252,525.00 issued to Siprut PC representing the class representative's incentive awards and attorney's fees. (*Dkt. Nos. 96-98*)

Each Settlement Class Member who submitted a valid claim was paid a *pro rata* share of the Settlement Fund per fax transmission after deducting notice and administration expenses, the

1

incentive awards to the plaintiffs, and attorney's fees. Each Settlement Class Member was paid $71.57 per fax transmission. (*Dkt. No. 98*)

Settlement checks were mailed to 4,237 Settlement Class Members. (*Dkt. No. 98*) There were 4,024 Settlement Class Members who cashed their settlement checks. Thus, the total distribution to the Settlement Class is $445,952.67. (*Dkt. No. 98*)

Following expiration of the void date on the settlement checks $23,097.33 remained in the Settlement Fund as a result of uncashed checks ($23,045.54) and undistributed funds due to rounding ($51.79). (*Dkt. No. 98*) On February 17, 2016, KCC issued and mailed a check in the amount of $23,097.33 to the *cy pres* recipient, LAF.

Plaintiffs submit that to date the Settlement Fund was distributed in accordance with the parties' agreement and the Court's orders.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

*s/ Joseph J. Siprut*
Joseph J. Siprut

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*

**S**IPRUT **PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.878.1342

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on March 2, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will cause notification of such filing upon the following:

  David S. Almeida (dalmeida@sheppardmullin.com)
  David M. Poell (dpoell@sheppardmullin.com)
  Mikela T. Sutrina (msutrina@sheppardmullin.com)
  Sheppard Mullin Richter & Hampton, LLP
  70 W. Madison Street, 48th Floor
  Chicago, IL 60602

  Joseph J. Siprut (jsiprut@siprut.com)
  Gregg M. Barbakoff (gbarbakoff2@siprut.com)
  Ismael T. Salam (isalam@siprut.com)
  SIPRUT PC
  17 North State Street, Suite 1600
  Chicago, IL 60602

               s/ Heather Kolbus
               Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

4