# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

William P Gress, et al.

                                Plaintiff,

v.                                           Case No.: 1:14−cv−00501
                                           Honorable Jeffrey T. Gilbert

Premier Healthcare Exchange West, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 8, 2016:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Pursuant to the parties' Stipulation of Dismissal [101], the Settlement Class Members' claims, except the claims of the persons who opted out of the Settlement (identified in the Court's Final Approval Order, Dkt. [94]), are dismissed with prejudice. Each party shall bear its own costs, other than the costs payable from the Settlement Fund and as authorized by the Court as part of its Final Approval Order. The status hearing set for 3/10/16 is stricken with no appearance required. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.